IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KELLYSTEEN RUFFIN,** | : | MISC. NO. 1:07-MC-0202 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **CAPITAL RECOVERY ASSOCIATES, INC.,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 24th day of April, 2008, upon consideration of plaintiff's second motion for order of contempt and other sanctions (Doc. 12),[1] and the order of court dated March 27, 2008 (Doc. 14) scheduling a show cause hearing for today, and following a conference with the parties, it is hereby ORDERED that:

1. The motion for order of contempt and other sanctions (Doc. 12) is GRANTED in part as set forth in the order of court dated March 27, 2008 (Doc. 14).

2. The motion (Doc. 12) is otherwise DENIED without prejudice to plaintiff's right to pursue sanctions after additional discovery.

3. The show cause hearing scheduled for today is CANCELLED.

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge

---

[1] The order of court dated March 27, 2008 (Doc. 14) granted in part the instant motion.